**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
WENONA HENSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 5:26-po-00023-CDB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE STATUS CONFERENCE HEARING** |
| ) | |
| vs. ) | |
| ) | |
| WENONA HENSON, ) | |
| ) | |
| Defendant ) | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

CHRISTOPHER D. BAKER; AND LUKE BATY, ASSISTANT UNITED STATES

ATTORNEY:

       **COMES NOW** Defendant, WENONA HENSON, by and through her attorney of record,

ALEKXIA TORRES STALLINGS, hereby requesting that the status conference currently set for

Tuesday, May 5, 2026, at 10:00 a.m. (See ECF Doc. 10) be continued to Tuesday, July 7, 2026,

at 10:00 a.m.

    Defense counsel is requesting this continuance due to counsel being unavailable at the time

of the currently scheduled status conference hearing.

Counsel is seeking to continue the status conference to July 7, 2026. AUSA Luke Baty has no objection to continuing the status conference.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: April 22, 2026

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
WENONA HENSON

DATED: April 22, 2026

*/s/Luke Baty*
LUKE BATY
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the status conference currently set for Tuesday, May 5, 2026, at 10:00 a.m., be continued to Tuesday, July 7, 2026, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Continue the Status Conference Hearing

2