**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
WENONA HENSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT of CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WENONA HENSON,<br><br>　　　　　Defendant | ) Case No.: 5:26-po-00023-CDB<br>)<br>) **STIPULATION AND ~~PROPOSED~~ ORDER**<br>) **TO CONTINUE THE STATUS**<br>) **CONFERENCE HEARING**<br>)<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

CHRISTOPHER D. BAKER; AND LUKE BATY, ASSISTANT UNITED STATES

ATTORNEY:

　　　**COMES NOW** Defendant, WENONA HENSON, by and through her attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the status conference currently set for Tuesday, July 7, 2026, at 10:00 a.m. (See ECF Doc. 14) be continued to Tuesday, September 01, 2026, at 10:00 a.m.

　　Defense counsel requests this continuance because counsel is unavailable for the currently scheduled status conference due to a firm partner's medical leave, requiring counsel to handle all criminal matters until the partner's return. Additionally, defense counsel and the Government are engaged in ongoing plea negotiations and require additional time to continue those discussions.

Counsel is seeking to continue the status conference to September 01, 2026. AUSA Luke Baty has no objection to continuing the status conference.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: July 02, 2026

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
WENONA HENSON

DATED: July 02, 2026

*/s/Luke Baty*
LUKE BATY
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the status conference currently set for Tuesday, July 07, 2026, at 10:00 a.m., be continued to Tuesday, September 01, 2026, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **July 2, 2026**

UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Continue the Status Conference Hearing

2